# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

147215

DAIRYLAND INSURANCE COMPANY,
     Plaintiff-Appellee,

v

AFFIRMATIVE INSURANCE COMPANY
and AFFIRMATIVE INSURANCE
COMPANY OF MICHIGAN,
     Defendants-Appellants.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

SC: 147215
COA: 307467
Macomb CC: 2011-000107-NF

On order of the Court, the application for leave to appeal the April 30, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J., would grant leave to appeal for the reasons set forth in his dissenting statement in *Farmers Ins Exchange v Farm Bureau General Ins Co of Mich*, 478 Mich 880 (2007).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013 _____



Clerk

h1030